# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                                                **Case No: 5:14-cv-279-Oc-22PRL**

**STEVEN HALBERSTADT**

    Defendant.

## ORDER

This matter is before the Court on Defendant's motion (Doc. 17) for an extension of time to respond to Plaintiff's motion for summary judgment. Upon due consideration, Defendant's motion (Doc. 17) is **GRANTED**. Defendant shall file a response to Plaintiff's motion for summary judgment on or before **September 5, 2014**. Defendant should make every effort to comply with this new deadline because the Court is unlikely to grant further extensions absent extraordinary circumstances.

**DONE** and **ORDERED** in Ocala, Florida on August 6, 2014.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties